≋JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** III      **Investigating Agency** FBI

**City** Bedford      **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

| | | |
|---|---|---|
| Defendant Name | Richard Targett-Adams | Juvenile: ☐ Yes ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: | ☐ Yes ☑ No |
| Alias Name | | |
| Address | (City & State) Sallanches, France | |

Birth date (Yr only): 1980   SSN (last4#): N/A   Sex M   Race: White   Nationality: British

**Defense Counsel if known:** Ira Sorkin, Esq.   **Address** Mintz and Gold

**Bar Number** _____

600 Third Avenue, 25th Floor
New York, NY 10016

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen   **Bar Number if applicable** NY4412326

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   February 7, 2019   Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Richard Targett-Adams

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   15 USC 78j(b), 78ff | Securities Fraud | 1 |
| Set 2   18 USC 371 | Conspiracy to commit securities fraud | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**   17-6344-MPK, 17-6345-MPK, 18-6009-MPK, 18-7228-JCB, 18-7229-JCB