IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**RICHARD TARGETT-ADAMS,**

        Defendant.

**Criminal No.** 19-CR-10046-IT

## GOVERNMENT'S MOTION TO UNSEAL INFORMATION

    The United States of America hereby moves this Court to direct that the information be unsealed. In support of this motion, the government states that there is no further reason to keep the information secret.

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By: *Eric S. Rosen*
    ERIC S. ROSEN
    Assistant U.S. Attorney

    Date: May 30, 2019